UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff(s), <br> v. <br><br> OUTFRONT MEDIA LLC, <br><br> Defendant(s). | CASE NO. C25-2395-KKE <br><br> ORDER DISMISSING CASE WITH PREJUDICE |

Plaintiff Northwest Administrators, Inc. has notified the Court of its intent to voluntarily dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1). Dkt. No. 6. Accordingly, this matter is DISMISSED with prejudice and the Clerk is directed to administratively close this case.

Dated this 6th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE WITH PREJUDICE - 1